# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2909
LT Case No. 2012-CF-011419-A

_____

VICTOR GAVILLAN-MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Victor Gavillan-Martinez, Milton, pro se.

Ashley Moody, Attorney General, and Zachary F. Lawton,
Assistant Attorney General, Tallahassee, for Appellee.


July 16, 2024

PER CURIAM.

AFFIRMED.

JAY, EISNAUGLE, and SOUD, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————